## IN RE JUSTIN F.

## IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court is dismissed.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Anthony L.*, pro se, and *Kimberly L.*, pro se, in support of the petition.

Decided September 15, 2010

## THE BANK OF NEW YORK, AS TRUSTEE (BS ALT A 2005-9) *v.* SONJA V. BELL ET AL.

The petition by the respondent for certification for appeal from the Appellate Court, 120 Conn. App. 837, is dismissed.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Geoffrey K. Milne*, in support of the petition.

Decided September 22, 2010